UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 26-02892 (RL) |

**DEFENDANT'S CONSENT MOTION TO STAY DEADLINES**

Defendant United States Immigration and Customs Enforcement respectfully moves to stay its deadline to file a *Vaughn* index and supporting dispositive motion in this case brought under the Freedom of Information Act ("FOIA"). Plaintiff consents to the relief requested. A proposed order is attached.

In support of its Motion, Defendant states as follows:

1. In this FOIA matter, Defendant answered the complaint on September 17, 2026 (ECF No. 7) and this Court entered an order on October 1, 2026, requiring Defendant to produce a *Vaughn* index and supporting motion within 30 days (ECF No. 10).

2. Defendant respectfully submits that good cause supports its request to stay these deadlines as Defendant has not yet issued a final response to Plaintiff's FOIA request.

3. Defendant will finish a search for documents by November 17, 2026.

4. The parties request this Court order a joint status report for November 24, 2026.

5. Undersigned counsel conferred with counsel for Plaintiff who indicated Plaintiff consents to the relief requested.

Dated: October 27, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s\/ Robert J. Morris, II*

ROBERT J. MORRIS, II
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2534
robert.morris@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 26-02892 (RL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Stay Deadlines, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the parties shall file a joint status report on or before November 24, 2026.

SO ORDERED:

_______________
Date

_______________
ROYCE C. LAMBERTH
United States District Judge